### DENVER & R. G. R'Y CO. v. TONG.
### SAME v. STUDT.

*Error to Fremont County Court.*

Mr. E. O. WOLCOTT, for plaintiff in error.

Mr. A. MACON, for defendant in error.

RISING, C.  The questions presented in these cases are the same as those presented in the case of *Railway Co. v. Rader, ante,* p. 536 (decided at the present term), and the rulings in that case are followed in these cases.  The judgment should be reversed.

DE FRANCE and STALLCUP, CC., concur.

PER CURIAM.  For the reasons assigned in the foregoing opinion the judgments of the court below are reversed.

*Reversed.*